NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE RICHARD A. HAASE**

---

2012-1690

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Serial No. 10/413,849.

---

**ON MOTION**

---

**O R D E R**

Richard Alan Haase moves without opposition for a 22-day extension of time, until May 24, 2013, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

IN RE RICHARD HAASE                                                                 2

FOR THE COURT

 /s/ Jan Horbaly
Jan Horbaly
Clerk

s27